ASHETON B. CALL #016872
Attorney at Law
2950 North Dobson Road, Suite #6
Chandler, Arizona 85224
Telephone (480) 969-7999
Facsimile (480) 892-6015
acall@callbklaw.com

Attorney for Debtors

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

In re:                                    )   Chapter 7
                                          )
JOSHUA DANIEL BARNEY,                     )   Case No.   2-11-bk-23209 PHX RTB
# XXX-XX-4203                             )
                                          )   DEBTORS' DECLARATION OF
and                                       )   EMPLOYERS' PAYMENTS WITHIN 60
                                          )   DAYS PURSUANT TO
DAWN MICHELLE BARNEY,                     )   11 U.S.C. §521(a)(1)(B)(iv)
# XXX-XX-0066                             )
                            Debtors.      )
_____  )

Debtors' Declaration of Evidence of Employers' Payments Within 60 Days:

Debtor    Spouse

_____    _____    Attached hereto are copies of all payment advices, pay stubs or other evidence of payment received by the debtors from any employer within 60 days prior to the filing of the petition;

__X__    __X__    Debtor has received no payment advices, pay stubs or other evidence of payment from any employer within 60 days prior to the filing of the petition; or

_____    _____    Debtor has received the following payments from employers within 60 days prior to the filing of the petition: $_____.

Debtors declare the foregoing to be true and correct under penalty of perjury.

DATED: 8/10/11

JOSHUA DANIEL BARNEY
Debtor

DAWN MICHELLE BARNEY
Debtor